**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Francis J. Zaborowski**
Debtor(s)

Bankruptcy Case No.: 12−21605−CMB

Chapter: 13
Docket No.: 74 − 73

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 30th day of May, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/14/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/23/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/14/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 12-21605-CMB
Francis J. Zaborowski                                                    Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2           User: dric               Page 1 of 2                Date Rcvd: May 30, 2017
                               Form ID: 408             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db             +Francis J. Zaborowski,    608 Wall Street,    Glassport, PA 15045-1741
13340057       +Borough of Glassport,    440 Monongahela Avenue,    Glassport, PA 15045-1423
13422497        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13340058       +Department Stores National Bank/Macy’s,    c/o Northland Group,    P.O. Box 390846,
                 Minneapolis, MN 55439-0846
13353198       +Department Stores National Bank/Visa,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13340065       +South Allegheny School District,    2743 Washington Blvd.,    McKeesport, PA 15133-2099
13340066       +Springleaf,   c/o Shapiro & DeNardo,    3600 Horizon Drive,    Suite 150,
                 King of Prussia, PA 19406-4702
13956689       +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13575731        eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13347335        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:54:56
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13340059        E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18      Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13347537        E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
13378313        E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:41:57      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13340060        E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:13      GE Capital Retail Bank,
                 P.O. Box 960061,   Orlando, FL 32896-0061
13340061        E-mail/Text: bankruptcy@huntington.com May 31 2017 00:45:06      Huntington Bank,
                 P.O. Box 182519,   Columbus, OH 43218-2519
13345751       +E-mail/Text: bankruptcy@huntington.com May 31 2017 00:45:07      Huntington National Bank,
                 P O Box 89424,   Cleveland OH 44101-6424
13340062       +E-mail/Text: bankruptcy@huntington.com May 31 2017 00:45:07      Huntington National Bank,
                 2361 Morse Road,   Columbus, OH 43229-5891
13340063        E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2017 00:44:28       Kohl’s,    P.O. Box 3120,
                 Milwaukee, WI 53201-3120
13340067        E-mail/PDF: cbp@onemainfinancial.com May 31 2017 00:42:11      Springleaf Financial Services,
                 710 Clairton Blvd.,    Suite 1,   Pittsburgh, PA 15236-4650
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Metlife Insurance Company USA c/o Select Portfolio
13340064        Regis Zaborowski
cr*            +Huntington National Bank,    P.O. Box 89424,   Cleveland, OH 44101-6424
cr*             eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dric                  Page 2 of 2                    Date Rcvd: May 30, 2017
                               Form ID: 408                Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
              Danielle  Boyle-Ebersole    on behalf of Creditor    Metlife Insurance Company USA c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    Metlife Insurance Company USA c/o Select Portfolio
               Servicing, Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Francis J. Zaborowski rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```