**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>FRANCIS J. ZABOROWSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:12-21605<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.   The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

May 26, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/30/2012 and confirmed on 5/21/12. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,028.23 |
| Less Refunds to Debtor | 791.22 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,237.01 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 1,666.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,366.96 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GLASSPORT BORO-REAL ESTATE TAX | 246.39 | 246.39 | 198.21 | 444.60 |
|     Acct: XXXXXXXXX: 11 | | | | |
|   SOUTH ALLEGHENY SD (GLASSPORT) (F | 389.52 | 389.52 | 288.79 | 678.31 |
|     Acct: XXXXXXXXX: 11 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 6,968.55 | 6,968.55 | 1,838.64 | 8,807.19 |
|     Acct: XXX3204 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5278 | | | | |
|   SPRINGLEAF FINANCIAL SVCS** | 0.00 | 27,982.20 | 0.00 | 27,982.20 |
|     Acct: 0964 | | | | |
|   SPRINGLEAF FINANCIAL SVCS** | 3,857.75 | 3,857.75 | 0.00 | 3,857.75 |
|     Acct: 0964 | | | | |
| | | | | 41,770.05 |
| **Priority** | | | | |
|   RODNEY D SHEPHERD ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANCIS J. ZABOROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANCIS J. ZABOROWSKI | 791.22 | 791.22 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLASSPORT BOROUGH (EIT) | 100.00 | 100.00 | 0.00 | 100.00 |
|     Acct: XXXX: 11 | | | | |
|   METLIFE INSURANCE COMPANY USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0964 | | | | |
| | | | | 100.00 |
| **Unsecured** | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 19,066.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 5055 | | | | |
|   DISCOVER BANK(*) | 6,029.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 5484 | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3185 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 6,686.21 | 0.00 | 0.00 | 0.00 |

12-21605 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9915 | | | | |
|     CAPITAL ONE NA** | 826.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 7155 | | | | |
|     AMERICAN INFOSOURCE LP AGENT FOR | 230.34 | 0.00 | 0.00 | 0.00 |
|     Acct: 2511 | | | | |
|     JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS      41,870.05

TOTAL
CLAIMED      100.00
PRIORITY      11,462.21
SECURED      32,839.13

Date: 05/26/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    FRANCIS J. ZABOROWSKI

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-21605

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                             BY THE COURT:

                                                                             _____
                                                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 12-21605-CMB
Francis J. Zaborowski                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 2           Date Rcvd: May 30, 2017
                             Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
```
db            +Francis J. Zaborowski,    608 Wall Street,    Glassport, PA 15045-1741
13340057      +Borough of Glassport,    440 Monongahela Avenue,    Glassport, PA 15045-1423
13422497       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13340058      +Department Stores National Bank/Macy's,    c/o Northland Group,    P.O. Box 390846,
                Minneapolis, MN 55439-0846
13353198      +Department Stores National Bank/Visa,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13340065      +South Allegheny School District,    2743 Washington Blvd.,    McKeesport, PA 15133-2099
13340066      +Springleaf,    c/o Shapiro & DeNardo,    3600 Horizon Drive,    Suite 150,
                King of Prussia, PA 19406-4702
13956689      +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13575731       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13347335       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2017 00:55:02
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK   73124-8848
13340059       E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18     Discover,    P.O. Box 71084,
                Charlotte, NC 28272-1084
13347537       E-mail/Text: mrdiscen@discover.com May 31 2017 00:44:18     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
13378313       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:03     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13340060       E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 00:42:03     GE Capital Retail Bank,
                P.O. Box 960061,    Orlando, FL 32896-0061
13340061       E-mail/Text: bankruptcy@huntington.com May 31 2017 00:45:05     Huntington Bank,
                P.O. Box 182519,    Columbus, OH 43218-2519
13345751      +E-mail/Text: bankruptcy@huntington.com May 31 2017 00:45:06     Huntington National Bank,
                P O Box 89424,    Cleveland OH 44101-6424
13340062      +E-mail/Text: bankruptcy@huntington.com May 31 2017 00:45:05     Huntington National Bank,
                2361 Morse Road,    Columbus, OH 43229-5891
13340063       E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2017 00:44:26     Kohl's,    P.O. Box 3120,
                Milwaukee, WI 53201-3120
13340067       E-mail/PDF: cbp@onemainfinancial.com May 31 2017 00:42:11     Springleaf Financial Services,
                710 Clairton Blvd.,    Suite 1,    Pittsburgh, PA 15236-4650
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Metlife Insurance Company USA c/o Select Portfolio
13340064       Regis Zaborowski
cr*           +Huntington National Bank,    P.O. Box 89424,    Cleveland, OH 44101-6424
cr*            eCAST Settlement Corporation,    POB 29262,    New York, NY  10087-9262
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dric                  Page 2 of 2                   Date Rcvd: May 30, 2017
                               Form ID: pdf900             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Danielle  Boyle-Ebersole    on behalf of Creditor    Metlife Insurance Company USA c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    Metlife Insurance Company USA c/o Select Portfolio
               Servicing, Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Francis J. Zaborowski rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```